UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LINDA & JOSEPH BURNS, h/w <br><br> Plaintiffs <br><br> v. <br><br> NCO FINANCIAL SYSTEMS, INC. <br><br> Defendant | ) <br> ) Civil Action <br> ) <br> ) <br> ) Case No.: 13-cv-02767 <br> ) <br> ) <br> ) <br> ) |

### NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that Plaintiffs, LINDA BURNS and JOSEPH BURNS, h/w, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

                            Warren Law Group, P.C.

           BY:   /s/ Bruce K. Warren
                     Bruce K. Warren, Esquire
                     Attorney for Plaintiff
                     Warren Law Group, P.C.
                     58 Euclid Street
                     Woodbury, NJ 08096
                     856-848-4572
                     856-324-9081